*LAW OFFICES OF*

# MURRAY RICHMAN
*and Associates*

2027 Williamsbridge Rd., Bronx, NY 10461
Tel (718) 892-8588 | Fax (718) 518-0674
mrichman_mr@msn.com



February 9, 2021

**VIA ECF**

Hon. George B. Daniels
United States District Court Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11A
New York, New York 10007-1312

**SO ORDERED**

The VOSR hearing is scheduled for March 4, 2021 is adjourned to April 1, 2021 at 10:00 a.m.

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

Re: *US v. Joseph Camaj,*
*12 Crim. 600-6* (GBD)

Dear Judge Daniels:

We have received a copy of the order adjourning the Camaj's matter until Thursday, March 4, 2021. I would most respectfully request an adjournment for an additional week since I will be away from February 22 through March 8, and will be returning on Monday, March 8, 2021. AUSA Rebecca Memelstein and USPO Sandra Osman, has no objection to this request.

I would appreciate it if you could accommodate me in that area. Thank you for your consideration in this matter.

Respectfully submitted,

MURRAY RICHMAN

MR/cs

cc: AUSA Rebecca Memelstein (Via ECF)
   USPO Sandra Osman (Via Email)