UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

UNITED STATES OF AMERICA,

    -against-

JOSEPH CAMAJ,

                Defendant.

------------------------------------ x

ORDER

12 Crim. 600-6 (GBD)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 5 2021
```

GEORGE B. DANIELS, District Judge:

    The April 1, 2021 VOSR hearing is adjourned to May 20, 2021 at 9:00 a.m.

Dated: New York, New York
       March 25, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge